## UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF TEXAS
### TEXARKANA DIVISION

| | | |
|---|---|---|
| **MELISSA BRACKEEN, AS NEXT FRIEND OF R.B. A MINOR CHILD** | § § § | |
| **Plaintiff,** | § § | |
| **v.** | § § | **Case No. 5:26-CV-00030-RWS-JBB** |
| **CITY OF TEXARKANA, TEXAS, ET AL.** | § § § | |
| **Defendants.** | § § | |

## ORDER

This case was referred to the undersigned United States Magistrate Judge for pretrial purposes in accordance with 28 U.S.C. § 636. In light of the Court's prior order denying Gilley's request for a stay pending criminal prosecution (Dkt. No. 55), it is

**ORDERED** that Defendants' motion to stay pending Gilley's criminal prosecution (Dkt. No. 43) is **DENIED** without prejudice to refiling after the issue of qualified immunity has been resolved.

SIGNED this the 18th day of June, 2026.

_____

J. Boone Baxter
UNITED STATES MAGISTRATE JUDGE