IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION

| | | |
|---|---|---|
| MELISSA BRACKEEN, as Next Friend<br>Of R.B., a minor child<br>*Plaintiff,*<br>V.<br><br>CITY OF TEXARKANA, TEXAS,<br>ZACHARY GILLEY, CODY HARRIS,<br>D.E. EVANS, JEREMY COURTNEY,<br>MARC NEAL, DOE SUPERVISORS 1-<br>10, LEARNING FOR LIFE, INC., BOY<br>SCOUNTS OF AMERICA D/B/A<br>SCOUTING AMERICA, AND CADDO<br>AREA COUNCIL, BOY SCOUTS OF<br>AMERICA<br>*Defendants.* | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | **CIVIL ACTION NO. 5:26-CV-00030** |

## DEFENDANT CADDO AREA COUNCIL, INC. OF THE BOY SCOUTS OF AMERICA'S ORIGINAL ANSWER TO PLAINTIFF'S FIRST AMENDED COMPLAINT

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

COMES NOW, Defendant Caddo Area Council, Inc. of the Boy Scouts of America (hereinafter "Defendant"), and files its Original Answer to Plaintiff's First Amended Complaint (hereinafter the "Complaint"), and would respectfully show unto this Honorable Court as follows:

## DEFENDANT'S ANSWER

Defendant denies Plaintiff suffered injuries and denies Plaintiff is entitled to damages. Pursuant to Federal Rule of Civil Procedure 8(b), Defendant responds to the allegations in each corresponding paragraph of the Complaint as follows:

## PREFACE

Defendant is without sufficient information with which to admit or deny the allegations as to subpart a of Plaintiff's First Amended Complaint.

Defendant is without sufficient information with which to admit or deny the allegations

BEAULITIGATION: 2446665-1

as to subpart b of Plaintiff's First Amended Complaint and the statement does not need to be admitted or denied.

## I.    PARTIES

1.    Defendant is without sufficient information with which to admit or deny the allegations in Paragraph 1 of Plaintiff's First Amended Complaint.

2.    Defendant is without sufficient information with which to admit or deny the allegations in Paragraph 2 of Plaintiff's First Amended Complaint.

3.    Defendant is without sufficient information with which to admit or deny the allegations in Paragraph 3 of Plaintiff's First Amended Complaint.

4.    Defendant is without sufficient information with which to admit or deny the allegations in Paragraph 4 of Plaintiff's First Amended Complaint.

5.    Defendant is without sufficient information with which to admit or deny the allegations in Paragraph 5 of Plaintiff's First Amended Complaint.

6.    Defendant is without sufficient information with which to admit or deny the allegations in Paragraph 6 of Plaintiff's First Amended Complaint.

7.    Defendant is without sufficient information with which to admit or deny the allegations in Paragraph 7 of Plaintiff's First Amended Complaint.

8.    Defendant is without sufficient information with which to admit or deny the allegations in Paragraph 8 of Plaintiff's First Amended Complaint.

9.    Defendant is without sufficient information with which to admit or deny the allegations in Paragraph 9 of Plaintiff's First Amended Complaint.

10.    Defendant admits that it is incorporated under the laws of District of Columbia and admits information as to principal place of business and admits it is a nonprofit and that they have been

served.

11.     Defendant admits principal place of business and that it is a congressional chartered organization and denies all other allegations.

12.     Defendant admits principal place of business, that it is a congressional chartered organization, and that it is a nonprofit, and denies all other allegations as worded.

## JURISDICTION AND VENUE

13.     Defendant is without sufficient information with which to admit or deny the allegations in Paragraph 13 of Plaintiff's First Amended Complaint.

14.     Defendant is without sufficient information with which to admit or deny the allegations in Paragraph 14 of Plaintiff's First Amended Complaint.

15.     Defendant is without sufficient information with which to admit or deny the allegations in Paragraph 15 of Plaintiff's First Amended Complaint.

## FACTUAL ALLEGATIONS

16.     Defendant admits the allegations in Paragraph 16 of Plaintiff's First Amended Complaint.

17.     Defendant admits the allegations in Paragraph 17 of Plaintiff's First Amended Complaint.

18.     Defendant admits the allegations in Paragraph 18 of Plaintiff's First Amended Complaint.

19.     Defendant is without sufficient information with which to admit or deny the allegations as worded in Paragraph 19 of Plaintiff's First Amended Complaint.

20.     Defendant admits the date in the allegations in Paragraph 20 of Plaintiff's First Amended Complaint but denies remaining statements.

21.     Defendant denies the allegations in Paragraph 21 of Plaintiff's First Amended Complaint.

22.     Defendant admits to the year in Paragraph 22 of Plaintiff's First Amended Complaint and denies the remaining portion of Paragraph 22.

23. Defendant is without sufficient information with which to admit or deny the allegations in Paragraph 23 of Plaintiff's First Amended Complaint.

24. Defendant is without sufficient information with which to admit or deny the allegations in Paragraph 24 of Plaintiff's First Amended Complaint.

25. Defendant denies the allegations in Paragraph 25 of Plaintiff's First Amended Complaint.

26. Defendant admits the allegations in Paragraph 26 of Plaintiff's First Amended Complaint but denies the word infrastructure was used.

27. Defendant admits the date in Paragraph 27 of Plaintiff's First Amended Complaint, but denies as worded remaining statements.

28. Defendant admits that the transfer occurred and denies that the only reason was to avoid conflicts arising from membership policies.

29. Defendant is without sufficient information with which to admit or deny the allegations in Paragraph 29 of Plaintiff's First Amended Complaint.

30. Defendant is without sufficient information with which to admit or deny the allegations in Paragraph 30 of Plaintiff's First Amended Complaint.

31. Defendant is without sufficient information with which to admit or deny the allegations in Paragraph 31 of Plaintiff's First Amended Complaint.

32. Defendant is without sufficient information with which to admit or deny the allegations in Paragraph 32 of Plaintiff's First Amended Complaint.

33. Defendant is without sufficient information with which to admit or deny the allegations in Paragraph 33 of Plaintiff's First Amended Complaint.

34. Defendant is without sufficient information with which to admit or deny the allegations in Paragraph 34 of Plaintiff's First Amended Complaint.

35.    Defendant is without sufficient information with which to admit or deny the allegations in Paragraph 35 of Plaintiff's First Amended Complaint.

36.    Defendant is without sufficient information with which to admit or deny the allegations in Paragraph 36 of Plaintiff's First Amended Complaint.

37.    Defendant denies the allegations in Paragraph 37 of Plaintiff's First Amended Complaint.

38.    Defendant denies the allegations in Paragraph 38 of Plaintiff's First Amended Complaint.

39.    Defendant admits the allegations in Paragraph 39 of Plaintiff's First Amended Complaint.

40.    Defendant admits to the date in Paragraph 40 of Plaintiff's First Amended Complaint and denies the remaining portion of Paragraph 40 as worded.

41.    Defendant denies the allegations in Paragraph 41 of Plaintiff's First Amended Complaint.

42.    Defendant admits the allegations in Paragraph 42 of Plaintiff's First Amended Complaint.

43.    Defendant is without sufficient information with which to admit or deny the allegations in Paragraph 43 of Plaintiff's First Amended Complaint.

44.    Defendant is unable to admit or deny the allegations in Paragraph 44 of Plaintiff's First Amended Complaint.

45.    Defendant is unable to admit or deny such because it is vague as to year; otherwise deny.

46.    Defendant denies the allegations in Paragraph 46 of Plaintiff's First Amended Complaint.

47.    Defendant is unable to admit or deny the allegations in Paragraph 47 of Plaintiff's First Amended Complaint.

48.    Defendant denies the allegation as worded in Paragraph 48 of Plaintiff's First Amended Complaint.

49.    Defendant denies the allegations in Paragraph 49 of Plaintiff's First Amended Complaint.

50.    Defendant is without sufficient information with which to admit or deny the allegations in

Paragraph 50 of Plaintiff's First Amended Complaint.

51.    Defendant denies the allegations contained in Paragraph 51 of Plaintiff's First Amended Complaint insofar as the allegations are directed against Defendant. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 51 of Plaintiff's First Amended Complaint to the extent said allegations relate to others.

52.    Defendant is without sufficient information with which to admit or deny the allegations in Paragraph 52 of Plaintiff's First Amended Complaint.

53.    Defendant denies the allegations contained in Paragraph 53 of Plaintiff's First Amended Complaint insofar as the allegations are directed against Defendant. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 53 of Plaintiff's First Amended Complaint to the extent said allegations relate to others.

54.    Defendant denies the allegations contained in Paragraph 54 of Plaintiff's First Amended Complaint insofar as the allegations are directed against Defendant and denies Defendant Courtney was registered in the Explorer Program.

55.    Defendant denies the allegations contained in Paragraph 55 of Plaintiff's First Amended Complaint insofar as the allegations are directed against Defendant. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 55 of Plaintiff's First Amended Complaint to the extent said allegations relate to others.

56.    Defendant denies the allegations contained in Paragraph 56 of Plaintiff's First Amended Complaint insofar as the allegations are directed against Defendant. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 56 of Plaintiff's First Amended Complaint to the extent said allegations relate to others.

57.    Defendant denies the allegations contained in Paragraph 57 of Plaintiff's First Amended

Complaint insofar as the allegations are directed against Defendant. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 57 of Plaintiff's First Amended Complaint to the extent said allegations relate to others.

58.    Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 58 of Plaintiff's First Amended Complaint to the extent said allegations relate to others. Furthermore, the statements contained in Paragraph 58 do not require a response.

59.    Defendant denies the allegations contained in Paragraph 59 of Plaintiff's First Amended Complaint insofar as the allegations are directed against Defendant. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 59 of Plaintiff's First Amended Complaint to the extent said allegations relate to others. Defendant denies that Defendant Gilley was registered in the Explorer post.

60.    Defendant denies the allegations contained in Paragraph 60 of Plaintiff's First Amended Complaint insofar as the allegations are directed against Defendant. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 60 of Plaintiff's First Amended Complaint to the extent said allegations relate to others.

61.    Defendant denies the allegations contained in Paragraph 61 of Plaintiff's First Amended Complaint insofar as the allegations are directed against Defendant. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 61 of Plaintiff's First Amended Complaint to the extent said allegations relate to others. Defendant denies the date.

62.    Defendant denies the allegations contained in Paragraph 62 of Plaintiff's First Amended Complaint insofar as the allegations are directed against Defendant. Defendant is without

knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 62 of Plaintiff's First Amended Complaint to the extent said allegations relate to others.

63.      Defendant denies the allegations contained in Paragraph 63 of Plaintiff's First Amended Complaint insofar as the allegations are directed against Defendant.  Defendant denies the date. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 63 of Plaintiff's First Amended Complaint to the extent said allegations relate to others.

64.      Defendant denies the allegations contained in Paragraph 64 of Plaintiff's First Amended Complaint insofar as the allegations are directed against Defendant.  Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 64 of Plaintiff's First Amended Complaint to the extent said allegations relate to others.

65.      Defendant denies the allegations contained in Paragraph 65 of Plaintiff's First Amended Complaint insofar as the allegations are directed against Defendant.  Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 65 of Plaintiff's First Amended Complaint to the extent said allegations relate to others.

66.      Defendant denies the allegations contained in Paragraph 66 of Plaintiff's First Amended Complaint insofar as the allegations are directed against Defendant.  Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 66 of Plaintiff's First Amended Complaint to the extent said allegations relate to others.

67.      Defendant denies the allegations contained in Paragraph 67 of Plaintiff's First Amended Complaint insofar as the allegations are directed against Defendant.  Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 67 of Plaintiff's First Amended Complaint to the extent said allegations relate to others.

68.    Defendant denies the allegations contained in Paragraph 68 of Plaintiff's First Amended Complaint insofar as the allegations are directed against Defendant. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 68 of Plaintiff's First Amended Complaint to the extent said allegations relate to others.

69.    Defendant denies the allegations contained in Paragraph 69 of Plaintiff's First Amended Complaint insofar as the allegations are directed against Defendant. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 69 of Plaintiff's First Amended Complaint to the extent said allegations relate to others.

70.    Defendant denies the allegations contained in Paragraph 70 of Plaintiff's First Amended Complaint insofar as the allegations are directed against Defendant. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 70 of Plaintiff's First Amended Complaint to the extent said allegations relate to others.

71.    Defendant denies the allegations in Paragraph 71 of Plaintiff's First Amended Complaint.

72.    Defendant denies the allegations contained in Paragraph 72 of Plaintiff's First Amended Complaint insofar as the allegations are directed against Defendant. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 72 of Plaintiff's First Amended Complaint to the extent said allegations relate to others.

73.    Defendant denies the allegations contained in Paragraph 73 of Plaintiff's First Amended Complaint insofar as the allegations are directed against Defendant. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 73 of Plaintiff's First Amended Complaint to the extent said allegations relate to others.

74.    Defendant denies the allegations contained in Paragraph 74 of Plaintiff's First Amended Complaint insofar as the allegations are directed against Defendant. Defendant is without

knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 74 of Plaintiff's First Amended Complaint to the extent said allegations relate to others.

75. Defendant denies the allegations contained in Paragraph 75 of Plaintiff's First Amended Complaint insofar as the allegations are directed against Defendant. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 75 of Plaintiff's First Amended Complaint to the extent said allegations relate to others.

76. Defendant denies the allegations contained in Paragraph 76 of Plaintiff's First Amended Complaint insofar as the allegations are directed against Defendant. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 76 of Plaintiff's First Amended Complaint to the extent said allegations relate to others.

77. Defendant denies the allegations contained in Paragraph 77 of Plaintiff's First Amended Complaint insofar as the allegations are directed against Defendant. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 77 of Plaintiff's First Amended Complaint to the extent said allegations relate to others.

78. Defendant denies the allegations contained in Paragraph 78 of Plaintiff's First Amended Complaint insofar as the allegations are directed against Defendant. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 78 of Plaintiff's First Amended Complaint to the extent said allegations relate to others.

79. Defendant denies the allegations contained in Paragraph 79 of Plaintiff's First Amended Complaint insofar as the allegations are directed against Defendant. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 79 of Plaintiff's First Amended Complaint to the extent said allegations relate to others.

80. Defendant denies the allegations contained in Paragraph 80 of Plaintiff's First Amended

Complaint insofar as the allegations are directed against Defendant. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 80 of Plaintiff's First Amended Complaint to the extent said allegations relate to others.

81. Defendant denies the allegations contained in Paragraph 81 of Plaintiff's First Amended Complaint insofar as the allegations are directed against Defendant. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 81 of Plaintiff's First Amended Complaint to the extent said allegations relate to others.

82. Defendant denies the allegations contained in Paragraph 82 of Plaintiff's First Amended Complaint insofar as the allegations are directed against Defendant. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 82 of Plaintiff's First Amended Complaint to the extent said allegations relate to others.

83. Defendant denies the allegations contained in Paragraph 83 of Plaintiff's First Amended Complaint insofar as the allegations are directed against Defendant. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 83 of Plaintiff's First Amended Complaint to the extent said allegations relate to others.

84. Defendant denies the allegations contained in Paragraph 84 of Plaintiff's First Amended Complaint insofar as the allegations are directed against Defendant. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 84 of Plaintiff's First Amended Complaint to the extent said allegations relate to others.

85. Defendant denies the allegations contained in Paragraph 85 of Plaintiff's First Amended Complaint insofar as the allegations are directed against Defendant. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 85 of Plaintiff's First Amended Complaint to the extent said allegations relate to others.

86.     Defendant denies the allegations contained in Paragraph 86 of Plaintiff's First Amended Complaint insofar as the allegations are directed against Defendant. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 86 of Plaintiff's First Amended Complaint to the extent said allegations relate to others.

87.     Defendant denies the allegations contained in Paragraph 87 of Plaintiff's First Amended Complaint insofar as the allegations are directed against Defendant. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 87 of Plaintiff's First Amended Complaint to the extent said allegations relate to others.

88.     Defendant denies the allegations contained in Paragraph 88 of Plaintiff's First Amended Complaint insofar as the allegations are directed against Defendant. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 88 of Plaintiff's First Amended Complaint to the extent said allegations relate to others.

89.     Defendant denies the allegations contained in Paragraph 89 of Plaintiff's First Amended Complaint insofar as the allegations are directed against Defendant. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 89 of Plaintiff's First Amended Complaint to the extent said allegations relate to others.

90.     Defendant denies the allegations contained in Paragraph 90 of Plaintiff's First Amended Complaint insofar as the allegations are directed against Defendant. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 90 of Plaintiff's First Amended Complaint to the extent said allegations relate to others.

91.     Defendant denies the allegations contained in Paragraph 91 of Plaintiff's First Amended Complaint insofar as the allegations are directed against Defendant. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in

Paragraph 91 of Plaintiff's First Amended Complaint to the extent said allegations relate to others.

92.     Defendant denies the allegations contained in Paragraph 92 of Plaintiff's First Amended Complaint insofar as the allegations are directed against Defendant. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 92 of Plaintiff's First Amended Complaint to the extent said allegations relate to others.

93.     Defendant denies the allegations contained in Paragraph 93 of Plaintiff's First Amended Complaint insofar as the allegations are directed against Defendant. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 93 of Plaintiff's First Amended Complaint to the extent said allegations relate to others.

94.     Defendant denies the allegations contained in Paragraph 94 of Plaintiff's First Amended Complaint insofar as the allegations are directed against Defendant. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 94 of Plaintiff's First Amended Complaint to the extent said allegations relate to others.

95.     Defendant denies the allegations contained in Paragraph 95 of Plaintiff's First Amended Complaint insofar as the allegations are directed against Defendant. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 95 of Plaintiff's First Amended Complaint to the extent said allegations relate to others.

96.     Defendant denies the allegations contained in Paragraph 96 of Plaintiff's First Amended Complaint insofar as the allegations are directed against Defendant. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 96 of Plaintiff's First Amended Complaint to the extent said allegations relate to others.

97.     Defendant denies the allegations contained in Paragraph 97 of Plaintiff's First Amended Complaint insofar as the allegations are directed against Defendant. Defendant is without

knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 97 of Plaintiff's First Amended Complaint to the extent said allegations relate to others.

98.    Defendant denies the allegations contained in Paragraph 98 of Plaintiff's First Amended Complaint insofar as the allegations are directed against Defendant.   Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 98 of Plaintiff's First Amended Complaint to the extent said allegations relate to others.

99.    Defendant denies the allegations contained in Paragraph 99 of Plaintiff's First Amended Complaint insofar as the allegations are directed against Defendant.   Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 99 of Plaintiff's First Amended Complaint to the extent said allegations relate to others.

100.    Defendant denies the allegations contained in Paragraph 100 of Plaintiff's First Amended Complaint insofar as the allegations are directed against Defendant.   Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 100 of Plaintiff's First Amended Complaint to the extent said allegations relate to others.

101.    Defendant denies the allegations contained in Paragraph 101 of Plaintiff's First Amended Complaint insofar as the allegations are directed against Defendant.   Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 101 of Plaintiff's First Amended Complaint to the extent said allegations relate to others.

102.    Defendant denies the allegations contained in Paragraph 102 of Plaintiff's First Amended Complaint insofar as the allegations are directed against Defendant.   Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in

Paragraph 102 of Plaintiff's First Amended Complaint to the extent said allegations relate to others.

103.    Defendant denies the allegations contained in Paragraph 103 of Plaintiff's First Amended Complaint insofar as the allegations are directed against Defendant. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 103 of Plaintiff's First Amended Complaint to the extent said allegations relate to others.

104.    Defendant denies the allegations contained in Paragraph 104 of Plaintiff's First Amended Complaint insofar as the allegations are directed against Defendant. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 104 of Plaintiff's First Amended Complaint to the extent said allegations relate to others.

105.    Defendant admits the allegations contained in Paragraph 105 of Plaintiff's First Amended Complaint.

106.    Defendant denies the allegations in Paragraph 106 of Plaintiff's First Amended Complaint.

107.    Defendant denies the allegations in Paragraph 107 of Plaintiff's First Amended Complaint.

108.    Defendant denies the allegations in Paragraph 108 of Plaintiff's First Amended Complaint.

109.    Defendant denies the allegations in Paragraph 109 of Plaintiff's First Amended Complaint.

110.    Defendant denies the allegations in Paragraph 110 of Plaintiff's First Amended Complaint.

111.    Defendant denies the allegations in Paragraph 111 of Plaintiff's First Amended Complaint.

112.    Defendant admits the allegations in Paragraph 112 of Plaintiff's First Amended Complaint.

113.    Defendant denies the allegations in Paragraph 113 of Plaintiff's First Amended Complaint.

114.    Defendant denies the allegations in Paragraph 114 of Plaintiff's First Amended Complaint.

115.    Defendant denies the allegations in Paragraph 115 of Plaintiff's First Amended Complaint.

116.    Defendant denies the allegations in Paragraph 116 of Plaintiff's First Amended Complaint.

117.    Defendant denies the allegations in Paragraph 117 of Plaintiff's First Amended Complaint.

118.    Defendant denies the allegations in Paragraph 118 of Plaintiff's First Amended Complaint.

119.    Defendant denies the allegations in Paragraph 119 of Plaintiff's First Amended Complaint.

120.    Defendant denies the allegations in Paragraph 120 of Plaintiff's First Amended Complaint.

121.    Defendant denies the allegations in Paragraph 121 of Plaintiff's First Amended Complaint.

122.    Defendant denies the allegations in Paragraph 122 of Plaintiff's First Amended Complaint.

123.    Defendant denies the allegations in Paragraph 123 of Plaintiff's First Amended Complaint.

124.    Defendant denies the allegations in Paragraph 124 of Plaintiff's First Amended Complaint.

## COUNT I

125.    Defendant incorporates all responses to preceding paragraphs as if fully stated herein.

126.    Defendant denies the allegations contained in Paragraph 126 of Plaintiff's First Amended Complaint insofar as the allegations are directed against Defendant. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 126 of Plaintiff's First Amended Complaint to the extent said allegations relate to others.

127.    Defendant denies the allegations contained in Paragraph 127 of Plaintiff's First Amended Complaint insofar as the allegations are directed against Defendant. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 127 of Plaintiff's First Amended Complaint to the extent said allegations relate to others.

128.    Defendant denies the allegations contained in Paragraph 128 of Plaintiff's First Amended

Complaint insofar as the allegations are directed against Defendant. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 128 of Plaintiff's First Amended Complaint to the extent said allegations relate to others.

129. Defendant denies the allegations contained in Paragraph 129 of Plaintiff's First Amended Complaint insofar as the allegations are directed against Defendant. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 129 of Plaintiff's First Amended Complaint to the extent said allegations relate to others.

130. Defendant denies the allegations contained in Paragraph 130 of Plaintiff's First Amended Complaint insofar as the allegations are directed against Defendant. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 130 of Plaintiff's First Amended Complaint to the extent said allegations relate to others.

131. Defendant denies the allegations contained in Paragraph 131 of Plaintiff's First Amended Complaint insofar as the allegations are directed against Defendant. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 131 of Plaintiff's First Amended Complaint to the extent said allegations relate to others.

## COUNT II

132. Defendant incorporates all responses to preceding paragraphs as if fully stated herein.

133. Defendant denies the allegations contained in Paragraph 133 of Plaintiff's First Amended

Complaint insofar as the allegations are directed against Defendant. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 133 of Plaintiff's First Amended Complaint to the extent said allegations relate to others.

134. Defendant denies the allegations contained in Paragraph 134 of Plaintiff's First Amended Complaint insofar as the allegations are directed against Defendant. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 134 of Plaintiff's First Amended Complaint to the extent said allegations relate to others.

135. Defendant denies the allegations contained in Paragraph 135 of Plaintiff's First Amended Complaint insofar as the allegations are directed against Defendant. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 135 of Plaintiff's First Amended Complaint to the extent said allegations relate to others.

136. Defendant denies the allegations contained in Paragraph 136 of Plaintiff's First Amended Complaint insofar as the allegations are directed against Defendant. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 136 of Plaintiff's First Amended Complaint to the extent said allegations relate to others.

137. Defendant denies the allegations contained in Paragraph 137 a-h of Plaintiff's First Amended Complaint insofar as the allegations are directed against Defendant. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations

BEAULITIGATION: 2446665-1

contained in Paragraph 137 a-h of Plaintiff's First Amended Complaint to the extent said allegations relate to others.

138.    Defendant denies the allegations contained in Paragraph 138 of Plaintiff's First Amended Complaint insofar as the allegations are directed against Defendant. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 138 of Plaintiff's First Amended Complaint to the extent said allegations relate to others.

139.    Defendant denies the allegations contained in Paragraph 139 of Plaintiff's First Amended Complaint insofar as the allegations are directed against Defendant. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 139 of Plaintiff's First Amended Complaint to the extent said allegations relate to others.

140.    Defendant denies the allegations contained in Paragraph 140 of Plaintiff's First Amended Complaint insofar as the allegations are directed against Defendant. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 140 of Plaintiff's First Amended Complaint to the extent said allegations relate to others.

141.    Defendant denies the allegations contained in Paragraph 141 of Plaintiff's First Amended Complaint insofar as the allegations are directed against Defendant. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 141 of Plaintiff's First Amended Complaint to the extent said allegations relate to others.

## COUNT III

142.    Defendant incorporates all responses to preceding paragraphs as if fully stated herein.

143.    Defendant denies the allegations contained in Paragraph 143 of Plaintiff's First Amended Complaint insofar as the allegations are directed against Defendant. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 143 of Plaintiff's First Amended Complaint to the extent said allegations relate to others.

144.    Defendant denies the allegations contained in Paragraph 144 of Plaintiff's First Amended Complaint insofar as the allegations are directed against Defendant. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 144 of Plaintiff's First Amended Complaint to the extent said allegations relate to others.

145.    Defendant denies the allegations contained in Paragraph 145 of Plaintiff's First Amended Complaint insofar as the allegations are directed against Defendant. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 145 of Plaintiff's First Amended Complaint to the extent said allegations relate to others.

146.    Defendant denies the allegations contained in Paragraph 146 of Plaintiff's First Amended Complaint insofar as the allegations are directed against Defendant. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 146 of Plaintiff's First Amended Complaint to the extent said allegations relate to others.

147.    Defendant denies the allegations contained in Paragraph 147 of Plaintiff's First Amended Complaint insofar as the allegations are directed against Defendant. Defendant is without

knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 147 of Plaintiff's First Amended Complaint to the extent said allegations relate to others.

148.    Defendant denies the allegations contained in Paragraph 148 of Plaintiff's First Amended Complaint insofar as the allegations are directed against Defendant. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 148 of Plaintiff's First Amended Complaint to the extent said allegations relate to others.

149.    Defendant denies the allegations contained in Paragraph 149 of Plaintiff's First Amended Complaint insofar as the allegations are directed against Defendant. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 149 of Plaintiff's First Amended Complaint to the extent said allegations relate to others.

150.    Defendant denies the allegations contained in Paragraph 150 of Plaintiff's First Amended Complaint insofar as the allegations are directed against Defendant. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 150 of Plaintiff's First Amended Complaint to the extent said allegations relate to others.

151.    Defendant denies the allegations contained in Paragraph 151 of Plaintiff's First Amended Complaint insofar as the allegations are directed against Defendant. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 151 of Plaintiff's First Amended Complaint to the extent said allegations relate to others.

## COUNT IV.

152.    Defendant incorporates all responses to preceding paragraphs as if fully stated herein.

153.    Defendant denies the allegations in Paragraph 153 of Plaintiff's First Amended Complaint.

154.    Defendant denies the allegations in Paragraph 154 a-d of Plaintiff's First Amended Complaint.

155.    Defendant denies the allegations in Paragraph 155 of Plaintiff's First Amended Complaint.

156.    Defendant denies the allegations in Paragraph 156 of Plaintiff's First Amended Complaint.

157.    Defendant denies the allegations in Paragraph 157 of Plaintiff's First Amended Complaint.

158.    Defendant denies the allegations in Paragraph 158 of Plaintiff's First Amended Complaint.

159.    Defendant denies the allegations in Paragraph 159 of Plaintiff's First Amended Complaint.

160.    Defendant denies the allegations in Paragraph 160 of Plaintiff's First Amended Complaint.

161.    Defendant denies the allegations in Paragraph 161 of Plaintiff's First Amended Complaint.

162.    Defendant denies the allegations in Paragraph 162 of Plaintiff's First Amended Complaint.

163.    Defendant denies the allegations in Paragraph 163 of Plaintiff's First Amended Complaint.

164.    Defendant denies the allegations in Paragraph 164 of Plaintiff's First Amended Complaint.

165.    Defendant denies the allegations in Paragraph 165 of Plaintiff's First Amended Complaint.

166.    Defendant denies the allegations in Paragraph 166 of Plaintiff's First Amended Complaint.

167.    Defendant denies the allegations in Paragraph 167 of Plaintiff's First Amended Complaint.

## COUNT V

168.    Defendant incorporates all responses to preceding paragraphs as if fully stated herein.

169.    Defendant denies the allegations in Paragraph 169 of Plaintiff's First Amended Complaint.

170.    Defendant denies the allegations in Paragraph 170 a-d of Plaintiff's First Amended

Complaint.

171. Defendant denies the allegations in Paragraph 171 of Plaintiff's First Amended Complaint.

172. Defendant denies the allegations in Paragraph 172 of Plaintiff's First Amended Complaint.

173. Defendant denies the allegations in Paragraph 173 of Plaintiff's First Amended Complaint.

174. Defendant denies the allegations in Paragraph 174 of Plaintiff's First Amended Complaint.

175. Defendant denies the allegations in Paragraph 175 of Plaintiff's First Amended Complaint.

176. Defendant denies the allegations in Paragraph 176 of Plaintiff's First Amended Complaint.

177. Defendant denies the allegations in Paragraph 177 of Plaintiff's First Amended Complaint.

178. Defendant denies the allegations in Paragraph 178 of Plaintiff's First Amended Complaint.

179. Defendant denies the allegations in Paragraph 179 of Plaintiff's First Amended Complaint.

180. Defendant denies the allegations in Paragraph 180 of Plaintiff's First Amended Complaint.

181. Defendant denies the allegations in Paragraph 181 of Plaintiff's First Amended Complaint.

182. Defendant denies the allegations in Paragraph 182 of Plaintiff's First Amended Complaint.

183. Defendant denies the allegations in Paragraph 183 of Plaintiff's First Amended Complaint.

## COUNT VI

184. Defendant incorporates all responses to preceding paragraphs as if fully stated herein.

185. Defendant denies the allegations in Paragraph 185 of Plaintiff's First Amended Complaint.

186. Defendant denies the allegations in Paragraph 186 a-d of Plaintiff's First Amended Complaint.

187. Defendant denies the allegations in Paragraph 187 of Plaintiff's First Amended Complaint.

188. Defendant denies the allegations in Paragraph 188 of Plaintiff's First Amended Complaint.

189. Defendant denies the allegations in Paragraph 189 of Plaintiff's First Amended Complaint.

190. Defendant denies the allegations in Paragraph 190 of Plaintiff's First Amended Complaint.

191. Defendant denies the allegations in Paragraph 191 of Plaintiff's First Amended Complaint.

192. Defendant denies the allegations in Paragraph 192 of Plaintiff's First Amended Complaint.

193. Defendant denies the allegations in Paragraph 193 of Plaintiff's First Amended Complaint.

194. Defendant denies the allegations in Paragraph 194 of Plaintiff's First Amended Complaint.

195. Defendant denies the allegations in Paragraph 195 of Plaintiff's First Amended Complaint.

196. Defendant denies the allegations in Paragraph 196 of Plaintiff's First Amended Complaint.

197. Defendant denies the allegations in Paragraph 197 of Plaintiff's First Amended Complaint.

198. Defendant denies the allegations in Paragraph 198 of Plaintiff's First Amended Complaint.

199. Defendant denies the allegations in Paragraph 199 of Plaintiff's First Amended Complaint.

## AFFIRMATIVE DEFENSES

200. Defendant asserts that it is not liable to the Plaintiffs in that the incident in question and the Plaintiffs' damages, if any, were the result of the negligence, fault, acts, omissions, and/or other wrongful conduct of persons or entities over whom Defendant had no control or right of control, and for whose conduct Defendant is not legally responsible.

201. To the extent supported by the evidence, and in the alternative, Defendant asserts that the Plaintiffs' alleged injuries were the result of a superseding or new and independent cause separate and apart from any alleged acts or omissions of Defendant.

202. Defendant owed no legal duty to Plaintiffs and did not breach any alleged duties to Plaintiffs.

203. Plaintiffs have not suffered any damages or injuries as a result of any acts of omissions on the part of Defendant.

204.    Plaintiffs' claims are barred or limited to the extent any of the Plaintiffs failed to mitigate any alleged damages.

205.    To the extent supported by the evidence, Defendant would show that all or some of the Plaintiffs' alleged injuries/damages, if any, arose from or are related to conditions or events unrelated to the events at issue in this lawsuit.

206.    To the extent the Plaintiffs seek damages for loss of earnings, loss of earning capacity, loss of contributions of a pecuniary value, or loss of inheritance, Defendant asserts the limitations set forth in Section 18.091 of the Texas Civil Practice & Remedies Code and contends the trier of fact should be instructed accordingly.

207.    Defendant affirmatively pleads the defense of proportionate responsibility and asserts its rights under Chapter 33 of the Texas Civil Practice & Remedies Code. In the unlikely event Defendant is held liable to any of the Plaintiffs, any such liability being expressly denied by Defendant, then Defendant is entitled to a reduction for the negligence, liability, or other conduct alleged which is attributable to any other claimant, Defendant, settling party, or responsible third party in accordance with Chapter 33 of the Texas Civil Practice & Remedies Code.

208.    Defendant would show itself entitled to a credit or offset on any amount of damages, if any, assessed against Defendant in the event that any of the Plaintiffs settle with or otherwise receive payment from one or more individuals, entities, or insurers, whether or not parties to this lawsuit, regarding the claims at issue in this lawsuit.

209.    Defendant further asserts, in addition to any other limitation under law, the statutory defense set forth in Texas Civil Practice & Remedies Code §41.0105, which limits Plaintiff's recovery of medical or health care expenses, if any, to the amount actually paid or incurred by or on behalf of Plaintiff. Defendants invoke the limitations on damages provided under Chapter 41

of the Texas Civil Practice and Remedies Code and assert that the Plaintiff is required to mitigate any damages being claimed in this lawsuit and to the extent Plaintiff does not do so, Defendant is entitled to a jury question on the defense of failure to mitigate.

210.    Defendant affirmatively pleads that it is a "charitable organization" as that term is defined in Section 84.003(a) of the Texas Civil Practice & Remedies Code. Accordingly, Defendant asserts that it is entitled to the statutory limitation on liability found in Section 84.006 of the Texas Civil Practice & Remedies Code.

211.    Defendant specifically denies that any of its agents or employees had an actual, subjective awareness of any risk, much less an extreme degree of risk to the Plaintiffs or that any of its agents or employees acted with a conscious indifference to the rights, safety, or wellbeing of the Plaintiffs. Defendant specifically denies that the provisions of Section 41.005(c) of the Texas Civil Practice & Remedies Code apply to Defendant.

212.    Defendant asserts any and all limitations on punitive or exemplary damages that are found in Chapter 41 of the Texas Civil Practices & Remedies Code, including but not limited to the limitation on the amount of such damages set forth in Sections 41.007 and 41.008, the heightened evidentiary standards in Section 41.003, any applicable factors precluding the recovery of such damages found in Section 41.004, the right to a bifurcated trial on the issue of exemplary damages in Section 41.009 (which Defendant retains but has not at this juncture requested), and the jury instruction requirements of Sections 41.010, 41.011 and 41.012.  Defendant also asserts the protections against unreasonable fines and penalties under the Due Process and Equal Protection clauses of the United States and Texas Constitutions.

213.    Alternatively, and without waiving the foregoing, Defendant affirmatively pleads any condition or injury of which the Plaintiff currently is complaining, which is due to a pre-existing

and/or subsequent condition or injury, is not a condition or injury for which Defendant is legally responsible.

214.    Defendant would further show Plaintiff's allegations seeking the recovery of punitive and/or exemplary damages are unlawful in that the award of punitive and/or exemplary damages are and would be violative of the United States Constitution and the Texas Constitution in the following particulars:

a.    Punitive damages constitute a deprivation of property without due process of law in violation of the U.S. Constitution, Amendment VII.

b.    Punitive damages constitute an excessive fine in violation of the U.S. Constitution, Amendment VIII.

c.    Punitive damages violate the privileges and immunities clause, due process clause and equal protection clause of the U. S. Constitution, Amendment XIV.

d.    An award of punitive/exemplary damages would be and is violative of the dueprocess clauses of the U.S. Constitution, Amendments V and XIV inasmuch asthe damages to be awarded are improperly left to the discretion of the jury andjudge, may be improperly based on a verdict of ten out of twelve jurors, should be based upon the burden of proof of "clear and convincing evidence" and may be awarded in a case in which the Defendant may be compelled to take the witness stand and testify against itself (e.g., called as an adverse witness, live or by deposition).

e.    The award of punitive/exemplary damages is violative of the Texas Constitution, Article I, § 3, 3a, 13 and 19, in that it violates this Defendant's equal rights, equality under the law, imposes an excessive fine and constitutes a deprivation of property without due course of the law of the land.

215.    At this time, Defendant is not aware of the method Plaintiff will use to calculate damages. However, Defendant asserts that pursuant to Section 304 of the Texas Finance Code, pre-judgment interest may NOT be assessed or recovered on an award of future damages. Pre-Judgment interest accrues on the amount of the judgment during the period on the earlier of the 180th day after the date

on which Defendant receives a written notice of Plaintiffs' claims OR the date on which suit is filed and ending on the day preceding the date on which judgment is rendered. Pre-judgment interest is computed as simply interest and does not compound.

The post-judgment interest rate is either the prime rate as published by the Federal Reserve Bank of New York on the date of computation; five percent a year if the prime rate as published is less than five percent; or 15 percent a year if the prime rate as published is more than 15 percent.

216.    Defendant also invokes Section18.091 of the Texas Civil Practices and Remedies Code and requests that to the extent Plaintiff seeks recovery for loss of earnings, loss of earning capacity, loss of contributions of a pecuniary value, or loss of inheritance, that the evidence to prove such loss must be presented in the form of a net loss after reduction for income tax payments or unpaid tax liability.

217.    Defendant reserves the right to amend this answer by, after conducting discovery into the factual matters at issue, either adding additional affirmative defenses, amending the affirmative defenses asserted, or by, if appropriate, withdrawing any affirmative defenses as deemed appropriate by Defendant.

## PRAYER

218.    Defendant incorporates all responses to preceding paragraphs as if fully stated herein.

219.    Defendant denies the allegations in Paragraph 201 of Plaintiff's First Amended Complaint.

220.    Defendant denies the allegations in Paragraph 202 of Plaintiff's First Amended Complaint.

221.    Defendant denies the allegations in Paragraph 203 of Plaintiff's First Amended Complaint.

222.    The allegations contained in the Paragraph 204 of Plaintiff's First Amended Complaint is Plaintiff's demand for trial by jury, for which no responses is required.

All allegations not specifically admitted above are hereby denied.

WHEREFORE, PREMISES CONSIDERED, Defendant moves and prays the Court upon trial hereof that Plaintiff recovers nothing over and against Defendant and for such other and further relief, either at law or in equity, special or general, as to which it may show itself justly entitled.

Respectfully submitted,
**MEHAFFYWEBER P.C.**

By:*__Barbara J. Barron__*

Barbara J. Barron
State Bar No. 01817250
P. O. Box 16
Beaumont, Texas 77704
(409) 835-5011
(409) 835-5177
barbarabarron@mehaffyweber.com
**ATTORNEYS DEFENDANT CADDO AREA COUNCIL, INC. OF THE BOY SCOUTS OF AMERICA**

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of this document has been forwarded to all known counsel of record via Efile on this the 24th day of June, 2026.

*__Barbara J. Barron__*
Barbara J. Barron

BEAULITIGATION: 2446665-1